AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

United States of America
v.

JOSHUA GRAGG

*Defendant(s)*

Case No. 26-mj- 262-01-AJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 17, 2026 in the county of Merrimack in the District of New Hampshire, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

Please see attached Affidavit.

☑ Continued on the attached sheet.

/s/ Timothy Hoover
*Complainant's signature*

Special Agent Timothy Hoover, HSI
*Printed name and title*

The affiant appeared before me by telephonic conference on this date pursuant to Fed. R. Crim P. 4.1 and affirmed under oath the content of this complaint and affidavit.

Date: September 17, 2026

Andrea K. Johnstone
*Judge's signature*

City and state: Concord, New Hampshire

Hon. Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT OF SPECIAL AGENT TIMOTHY HOOVER**

I, Special Agent Timothy Hoover, being duly sworn, depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with Homeland Security Investigations (HSI) and have been since January 2026. Prior to becoming a Special Agent with HSI, I was a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) for 24 years. I have extensive experience investigating violations of federal firearms laws. While training to become a Special Agent, I completed coursework at the Federal Law Enforcement Training Center ("FLETC") in Glynco, Georgia for 6.5 months. During my time at FLETC, I received training about illegal firearm possessors, firearm traffickers, and related federal criminal statutes.

2. Over the course of my law enforcement career, I have conducted and/or participated in many investigations involving state and federal firearm violations. I have interviewed victims, sources of information, witnesses, suspects, and defendants regarding various types of criminal activity. I have also executed search warrants, conducted surveillance, and made criminal arrests for firearm violations.

3. Based on my training, knowledge, and experience, I am familiar with the manner and means that persons, including felons, illegally possess firearms. I am familiar with the utilization of privately made firearms and firearms with modified or obliterated markings. Additionally, I have conducted investigations into machine guns and firearms that have been illegally modified to be machine guns.

4. I am submitting this affidavit in support of a criminal complaint against Joshua GRAGG for unlawful possession of a firearm in violation of 18 U.S.C. § 922(g)(1).

5. Since this affidavit is being submitted for the limited purpose of establishing

probable cause for a complaint, I have not included each and every fact known to me concerning this investigation.

## APPLICABLE STATUTES

6. It is an offense under 18 U.S.C. § 922(g)(1) for a person who has been convicted of a felony to possess a firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

## BACKGROUND ON MACHINE GUN CONVERTER DEVICES

7. A machine gun conversion device (MCD) is a component which converts a semi-automatic firearm into a machine gun.[1] These parts are commonly referred to as "Glock switches" or "auto sears."

8. 26 U.S.C. § 5845(b) defines a "machinegun" as "any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person."

9. Because MCDs are a part (or combination of parts) designed and intended solely and exclusively for use in converting a firearm into a fully automatic machinegun, they are classified as a machinegun under 26 U.S.C. § 5845(b). As such, these devices are controlled by the National Firearms Act (NFA) and must be registered in the National Firearms Registration and Transfer Record (NFRTR). *See* 26 U.S.C. 5841(a).

---

[1] This affidavit uses "machine gun" and "machinegun" interchangeably.

10. The following photographs show MCD components and an assembled MCD, and where a MCD is inserted into a firearm to make it fully automatic.






11. MCDs are also considered "machineguns" under the Gun Control Act, 18 U.S.C. § 922(o). *See* 18 U.S.C. § 921(a)(24) (providing that "machinegun" as used in that Chapter has the same meaning as defined in the NFA, 26 U.S.C. § 5845(b)).

12. 18 U.S.C. § 921(a)(3) defines "firearm" to include "(A) any weapon . . . which will or is designed to or may readily be converted to expel a projectile by the action of an explosive;

[and] (B) the frame or receiver of any such weapon."

13. Under 26 U.S.C. § 5845(b) and 18 U.S.C. § 921(a), the statutory definition of a "machinegun" explicitly includes any single part, or combination of parts, designed and intended solely and exclusively for use in converting a weapon into a machinegun.

## PROBABLE CAUSE

### GRAGG'S Felony Conviction

14. In 2011, GRAGG was convicted of two counts of Forged Prescription, a class B Felony (Rockingham Superior Court case no. 218-2011-CR-00439).

### GRAGG's MCD Shipment from GUANGZHOU CHUANGSONG ECOM CO.

15. On or about June 17, 2026, under their border search authority, CBP officials at the airport in Louisville, Kentucky (a UPS hub) seized and examined a package addressed to GRAGG at 13 Apple Tree Lane, Hopkinton (Contocook), New Hampshire (the SUBJECT PREMISES). The shipping documentation indicated that the shipper was Guangzhou Chuangsong Ecom Co., located in Canada, however the country of origin was China. The package was a brown cardboard box with the shipping label attached around the box. The shipper (Guangzhou Chuangsong Ecom Co.) described the contents as a "Stainless Steel Gasket" valued at $1 on the shipping documentation. Located inside of the cardboard box were small bags of assorted screws and one small white bag.


COLOR DANCE C/O HUANYU
6049773880
GUANGZHOU CHUANGSONG ECOM CO.,
1519 DERWENT WAY
DELTA, BC V3M6K8
CANADA
2 LBS
1 OF 1
SHP#: 172V 4CBT TCG
SHP WT: 2 LBS
DATE: 28 APR 2026
DWT: 6,5,4
SHIP TO:
JOSHUA GRAGG


COLOR DANCE C/O HUANYU
6049773880
GUANGZHOU CHUANGSONG ECOM CO.,
CANADA
2 LBS
1 OF 1
SHP#: 172V 4CBT TCG
SHP WT: 2 LBS
DATE: 28 APR 2026
DWT: 6,5,4
SHIP TO:
JOSHUA GRAGG
16032646526
JOSHUA GRAGG
HOPKINTON NH 03229

16. The small white bag had a white sticker and blue border on it. The sticker had "Joshua Gragg" and "1+ 6032646526" handwritten in blue ink (shown in the photo below). Law enforcement confirmed the service provider for that number was T-Mobile and corresponded to a cell phone. A subpoena response from T-Mobile confirmed that GRAGG was the subscriber of that phone number.




17. Contained within the white bag were four MCD components, seen in the picture below.



**GRAGG's MCD Shipment from YAHONG DENG**

18. On or about June 18, 2026, under their border search authority, CBP officials at JFK Airport in New York searched a package addressed to GRAGG at the SUBJECT PREMISES. Although the return address was in New Jersey, the shipping documentation indicated that the shipper was Yahong Deng, located in China. The shipper (Yahong Deng) described the contents as a "Spring Music Box" valued at $1 on the shipping documentation. The package was a brown cardboard box with the shipping label attached around the box. Located inside of the cardboard box was a music box, along with assorted washers. Concealed within the music box were four MCD components.







19. The four MCDs hidden in the music box are depicted below.






**GRAGG's MCD Shipment from Suzhou Caosuyang Packaging Material**

20. On or about July 8, 2026, under their border search authority, CBP officials at JFK

Airport in New York searched a package addressed to GRAGG at the SUBJECT PREMISES. The shipping documentation indicated that the shipper was Suzhou Caosuyang Packaging Material, located in China. The shipper (Suzhou Caosuyang) described the contents as a "Plastic Stationary Pen Holder" valued at $1 on the shipping documentation. The package was a white Tyvek-style mailing envelope with the shipping label attached to the outside. Located inside of the envelope was a clear plastic bag containing a music box, along with assorted washers. In and amongst the washers were four MCD components.








21. The four MCDs that were mixed in with the washers and the music box are depicted below.




22. The aforementioned MCD components that were found in the shipments addressed to GRAGG at the SUBJECT PREMISES were inspected by ATF examiners. The examiners confirmed that these are MCD components for Glock or Glock-style firearms. Some of these components, specifically the components that look like an extended leg (shown below), standing alone meet the legal definition of a machinegun.



23. Through the U.S. Customs & Border Protection Automated Targeting System (ATS) law enforcement has identified approximately 77 shipments of Chinese and/or Hong Kong

origin that have identified "Joshua GRAGG" at 13 Apple Tree Ln, Contoocook, NH and 13 Apple Tree Lane, Hopkinton, NH, as the ultimate consignee, consignee, buyer, ship-to entity, or entry-consignee from January 1, 2025, through August 30, 2026.

24. The average dollar value affiliated with the 'entry value' is $20.28 and the average dollar value affiliated with the 'bill value' is $9.90. 36 out of the 77 shipments are valued at $10 or less, many from the online marketplaces 'TEMU' and 'AUGUST AMBER HK LIMITED.' One shipment is from 'WHALECO,' which is the registered importer of record for Temu shipments in the U.S.

25. The first shipment valued at $1.00 was on December 22, 2025, and manifested as a "Women Cotton Blouse" from SHENZHEN SANJU TRADING CO LTD in China.

26. There have been eight additional cargo examinations. Five resulted in positive findings for prohibited agriculture which was destroyed. The remaining three examinations did not turn up contraband. However, HSI has concerns that one of the three examinations which found on clothing may have missed small contraband, including concealed MCDs and/or Glock switch component parts that may have been sewn into the clothing.

27. GRAGG currently has another pending package shipped from China intended for delivery to the SUBJECT PREMISES.

28. Through my training and experience, I know that Chinese companies are shipping prohibited items through websites to customers in the United States. These shipments will commonly not be properly described or hide contraband amongst other items (as in the confirmed shipments of MCDs to GRAGG in this case) to avoid detection and make it more difficult for authorities to identify and seize the items. Additionally, these items are typically valued at very low amounts on import paperwork to avoid paying tariffs or taxes. Chinese companies are also

prone to changing their names once CBP is aware they are importing contraband into the United States.

29. A subpoena return from Amazon.com, covering the dates from June 1, 2025, to July 23, 2026, showed GRAGG made approximately 27 firearms-related purchases between June 16, 2025, and May 16, 2026, despite being a convicted felon. Most of these are related to a Glock firearm. Another 22 purchases between December 25, 2025, and April 29, 2026, related to 3D printing supplies.

30. The chart below shows firearm-related purchases in yellow and 3D printing-related purchases in green.

| Order_Date | Item_Description |
|---|---|
| 6/16/2025 | Anjilu 4-Pack Extension Grip Fits Glock Model 43X/48 |
| 6/19/2025 | Aecktech Grip 2 Pieces Extensions Fits Glock 43X & 48 9mm Black |
| 6/19/2025 | GLOCK Aluminum Camera Frame Mount Cover for G 43X /48,Black |
| 6/19/2025 | ClipDraw Gun Clip, Low Profile Slim Concealed Carry Easy Install American Made |
| 6/19/2025 | Crimson Trace LG-852 Lasergrips Red Laser Sight Grips for GLOCK Gen4 Subcompact Pistols |
| 6/19/2025 | Houston Gun Holsters ECO Leather Magazine Pouch, Protection, IWB \| Concealment magazine carrier, Belt loop and IWB/OWB use, ECO Leather, Suede or lined interior, Fits Protection, IWB |
| 6/21/2025 | Enerpe 2LR44 Replaces CR1/3N 1/3N DL1/3N 3V Batteries (do NOT fit for Streamlight TLR-6 and Pet Collars) 10-Pack |
| 6/21/2025 | Enerpe 2LR44 Replaces CR1/3N 1/3N DL1/3N 3V Batteries (do NOT fit for Streamlight TLR-6 and Pet Collars) 10-Pack |
| 6/22/2025 | OLIGHT Osight 3 MOA Dot Rechargeable Green/Red Dot Optic, 407C/507C Footprint |
| 6/23/2025 | Guardtier T11 Micro Red Dot Plate Compatible with Glock Trijicon RMR/SRO Footprint and Holosun 407/507C/508T Optics Mounting Adapter |
| 6/24/2025 | OSIGHT S Enclosed Red Dot Sight, 2&32 MOA Multi-Reticle, RMSc Footprint \| Micro RMSc Optic for Pistols, Magnetic Charging Cover, Battery Display, Durable OAL Housing, Aspherical Lens |
| 6/30/2025 | Handleitgrips Handgun Grip Tape Compatible with Glock 43x and Glock 48 - Rubber Pistol Grip Wrap Tape, Easy Install Accessories, Veteran Owned, Made in The USA |
| 7/11/2025 | ohhunt Fiber Optic Sights Foldable Flip Up Sights Back up Sight Polymer Fiber A15 |
| 7/13/2025 | Urban Carry LockLeather G3 Holster \| Leather/Polymer Hybrid Design for Optimal Comfort |
| 7/13/2025 | Urban Carry LockLeather G3 Holster \| Leather/Polymer Hybrid Design for Optimal Comfort |
| 7/13/2025 | Urban Carry LockLeather G3 Holster \| Leather/Polymer Hybrid Design for Optimal Comfort |
| 11/20/2025 | Hogue HandAll Beavertail Rubber Grip Sleeve for Glock 43X, 43X MOS, 48 |
| 11/20/2025 | Meprolight Glock Tru-Dot Night Sight for ML10222, ML10224 & ML10226. Front sight only |
| 11/20/2025 | TRUGLO Portable and Durable Steel Rear and Front Sight Installation and Removal Tool with Mounted Sights for Hunting |
| 12/25/2025 | Metal Handle Extensions, Release Lever Bolt Enhanced Bad Lever Extensions Aluminium Alloy Shooting Enhancement Tool Accessory |
| 12/25/2025 | FLASHFORGE Adventurer 5M 3D Printer, 600mm/s High-Speed, 1 Click Fully Auto Leveling, Upgraded Direct extruder Quick Detachable 280°C Nozzle, Dual-Sided PEI Coating Plate, Print Size 220x220x220mm |
| 12/29/2025 | FLASHFORGE Carbon Fiber PLA Filament 1.75mm, Carbon Fiber Reinforced PLA 3D Printer Filament, 1KG Spool Dimensional Accuracy +/- 0.02mm, High Strength & High Abrasion-Resistance (Black) |
| 12/29/2025 | Hardened Steel Nozzles for X1/X1C/X1E/ P1P/P1S/Kobra S1 Combo/Adventurer 5M/5M Pro 0.2 mm 0.4 mm 0.6 mm 0.8 mm Wear-Resistant Nozzles with Extra Silicone Sock Cover for Bambu Labs |
| 12/29/2025 | 2.0 Version AD5M Nozzle 0.4mm Upgrade Hotend for Flashforge Adventurer 5M/5M Pro Hardened Steel Quick-Swap Nozze 280°C Large Flow for High Speed Printing 3D Printer Extruder Replacement Accessories |
| 12/29/2025 | Hardened Steel Nozzles for X1/X1C/X1E/ P1P/P1S/Kobra S1 Combo/Adventurer 5M/5M Pro 0.2 mm 0.4 mm 0.6 mm 0.8 mm Wear-Resistant Nozzles with Extra Silicone Sock Cover for Bambu Labs |
| 12/29/2025 | PEI Build Plate 235mm for Flashforge Adventurer 5M / AD5X,Double Sided Smooth/Textured PEI Sheet Flexible Spring Steel Printing Bed Compatible with Flashforge Adventurer 5M /5M Pro /AD5X 3D Printers |
| 1/03/2026 | HIJIRH 165Pcs 3D Printing Tool Kit,3D Printer Toolset,3D Printer Accessory \| With 3D Tool Box for Remove/Trim and Finish 3D Print Includes Deburring Tool,Nozzle Cleaning, Removal Scrapers,Finishing,etc |
| 1/04/2026 | FLASHFORGE Carbon Fiber PETG Filament 1.75mm, Carbon Fiber PETG 3D Printer Filament, 1KG Spool Dimensional Accuracy +/- 0.02mm, Lightweight & Heat-Resistant & Moisture Free (Black) |
| 1/06/2026 | MTM TRC39 Tactical Rifle Crate with Wheels 39" Single Scope Hard Rifle Gun Carrying Case, Lockable All Weather Shooting Gear Storage Box ideal for Range or Field, Made in USA, Dark Earth |
| 1/11/2026 | FLASHFORGE Carbon Fiber PLA Filament 1.75mm Volcanic Rock Gray, Reinforced 3D Printer Filament 1kg, Lightweight & High-Strength PLA-CF Filament, Strong & Easy to Print |
| 1/11/2026 | Creality 3D Printer Filament 1.75mm, Rainbow PLA+ Filament No-Tangling Strong Toughness Vacuum Packaging Multi-Color 3D Printing PLA Filament Fit Most 3D Printers |
| 1/18/2026 | 2.0 Version AD5M Nozzle 2PCS 0.4+0.4mm Upgrade Hotend for Flashforge Adventurer 5M/5M Pro Quick-Swap 0.25/0.6 Nozze 280°C Large Flow for High Speed Printing 3D Printer Extruder Replacement Accessories |
| 1/20/2026 | ERYONE PETG Carbon Fiber Filament 1.75mm +/-0.03mm, 3D Printer Filament, High Strength & Rigidity for Functional Parts, 1kg(2.2LBS)/Spool, 2 Pack, PETG CF Black |
| 1/22/2026 | Upgraded 2Pcs 0.4mm AD5M Nozzle Kit for Flashforge Adventurer 5M/5M Pro, 280°C Ceramic Heater Hotend, Rapid Heating, Red Copper Heatsink, Easy Snap-On Installation, Enhanced Stability for AD5M Hotend |
| 1/22/2026 | DUROZZLE 0.4mm Ruby Nozzle Hotend Upgrade for FLASHFORGE Adventurer 5M / 5M Pro 3D Printers, 3S Quick-Detachable, Max 280°C High Temperature, Hardened & Abrasion Resistant for High Speed Printing |
| 1/27/2026 | 3D-Fuel Tough Pro PCTG Filament for 3D Printing, Better, Midnight Black |
| 2/21/2026 | YOOPAI 3D Printer Enclosure with LED Light for AD5X / AD5M 3D Printers, Premium Dustproof Tent Constant Temperature Protective Cover |
| 2/21/2026 | YOOPAI Fan Fume Extraction Kit for 3D Printer Enclosure, Exhaust Pipe with Low Noise Exhaust Fan, Efficient Ventilation, Exhaust Odors Smoke and Dust |
| 2/21/2026 | RANKI Carbon Fiber Pctg 1.75mm 3D Printer Filament, Dimensional Accuracy +/- 0.03 mm, 1 KG Spool(Approximately 2.20 LBS), Black |
| 2/21/2026 | Monstrum Glock 43X/48 MOS/Hellcat OSP Red Dot Plate \| Compatible with Holosun 407k/507k/RMSc Footprint Red Dots |
| 2/23/2026 | Creality 2026 New Upgrade Filament Dryer Box Pro, Space Pi SE with High PTC Efficiency & Precision Sensor for 1KG Spools 45~65°C, 3D Printer Filament Dehydrator for PLA PETG ABS ASA TPU |
| 3/17/2026 | OSIGHT S Enclosed Red Dot Sight, 2&32 MOA Multi-Reticle, RMSc Footprint \| Micro RMSc Optic for Pistols, Magnetic Charging Cover, Battery Display, Durable OAL Housing, Aspherical Lens |
| 3/17/2026 | Gun Safe for Handgun,Pop-Up Vehicle Pistol Safe with Biometric+KP+Key \| Portable Gun lock box for Car, Bedside ,Desk, nightstand Rapid Deployment Vehicle Gun Storage |
| 3/19/2026 | 3D-Fuel Tough Pro PCTG Filament for 3D Printing, Better, Midnight Black |
| 3/21/2026 | Techna Clip Concealment System for Glock Models - Durable High-Carbon Spring Steel Gun Clip w/Teflon Coat 1500 - Ambi, Easy-to-Install Gun Holster Clip (Black) |
| 3/24/2026 | Monstrum RMSc/K Footprint Red Dot Riser Mount with Hypergrip QD Quick Release \| 1.6 inch Center Height \| Shield RMS/RMSc/407k/507k Footprint |
| 3/25/2026 | NDZ Performance MOS Optic Cover Plate for Glock 43X & 48 – Anodized Aluminum, Custom Laser Engraved Design – Made in USA – Choose Image & Color |
| 3/26/2026 | NDZ Performance MOS Optic Cover Plate for Glock 43X & 48 – Anodized Aluminum, Custom Laser Engraved Design – Made in USA – Choose Image & Color |
| 3/26/2026 | 60W Digital Soldering Iron with 380 Metric Threaded Inserts for 3D Printing \| 8 Tips Interchangeable Tips M2 M2.5 M3 M4 M5 M6 M8 Female Thread Knurled Nuts for Inserts Plastic PLA PETG ABS PPS |
| 4/29/2026 | Inslogic PETG Pro 3D Printer Filament 1.75 mm, High-Speed Matte PETG Filament, Stronger Toughness, 1 kg Spool, ±0.02mm Accuracy, Works with Bambu Lab AMS, Reusable Spool, Clog Free, Black |
| 5/16/2026 | Concealed Carry Fanny Pack, Tactical Waist Bag \| Fits 24-43" waists. Tactical fanny pack with concealed gun holster for running & EDC. CCW waist bag for men and women, Black |

**SEARCH WARRANT EXECUTION**

31. On September 10, 2026, this Court granted warrants to search GRAGG and the SUBJECT PREMISES.

32. On September 17, 2026, law enforcement executed the warrants.

33. During the search, GRAGG was present in the SUBJECT PREMISES with his parents. In a bedroom within the SUBJECT PREMISES, which both GRAGG and GRAGG's parents identified as GRAGG's bedroom, Agents located approximately sixty-six firearms in multiple locations.

34. Items located during the search of GRAGG's bedroom include: (i) one AR-type rifle (suspected machine gun); (ii) one Privately Made Firearm (PMF); (iii) one AR-type pistol; (iv) three Glock-type PMF pistols; (v) twenty-three PMF pistol frames; (vi) five PMF AR-type receivers; (v) seventeen PMF AOW frames; (vi) and thirteen suspected silencers.

35. In addition to the items above, Agents located assorted firearms manufacturing equipment, to include 3D printing equipment and assorted ammunition.



## CONCLUSION

36. Based on the above information, it is my conclusion that there is probable cause to believe that on September 17, 2026, in the District of New Hampshire, GRAGG committed the offense of felon in unlawful possession of a firearm in violation of 18 U.S.C. § 922(g)(1). I therefore respectfully request that this Court issue a warrant for GRAGG's arrest.

/s/ Timothy Hoover
Timothy Hoover
Special Agent, HSI

The affiant appeared before me by telephonic conference on this date pursuant to Fed. R. Crim. P. 4.1 and affirmed under oath the content of this affidavit and application.

Date: September 17, 2026

Time: 4:49 PM, Sep 17, 2026

Hon. Andrea K. Johnstone
United States Magistrate Judge